NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARITA C. MCDAVIS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3132

---

Petition for review of the Merit Systems Protection Board in case no. CH0752110065-I-1.

---

## ON MOTION

---

## ORDER

The Social Security Administration moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. We

determine that the Board should be designated as the respondent.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

JUL 2 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Marita C. McDavis
    Elizabeth A. Speck, Esq.
    Sara Rearden, Esq. (Copy of Petitioner's Informal Brief Enclosed)

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2011

JAN HORBALY
CLERK